| | | |
|---|---|---|
| PROB 22<br>(Rev. 2/88)<br><br>TRANSFER OF JURISDICTION **RECEIVED** | DOCKET NUMBER *(Tran. Court)*<br><br>2:02-CR-405-KJD(RJJ);<br>2:03-CR-163-KJD(RJJ) | |

**RECEIVED**

MAR 0 9 2009

U.S. PROBATION OFFICE
PATERSON, N.J.

WILLIAM T. WALSH, CLERK

| | |
|---|---|
| DOCKET NUMBER *(Rec. Court)*<br><br>**09 CR 0228 WHW** | |

| | | |
|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Guy Madmon | DIVISION<br><br>**U.S. Probation Office** | |
| | NEVADA | |
| | NAME OF SENTENCING JUDGE<br><br>Kent J. Dawson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>8/7/07 — TO<br>8/6/10 |

OFFENSE

Conspiracy to Possess with Intent and to Distribute MDMA and Possession with the Intent to Distribute a Controlled Substance

Structuring Transactions to Evade Reporting Requirements

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF NEW JERSEY upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 19, 2009

_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

30 May 09
_____
Effective Date

_____
United States District Judge