PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Guy Madmon  **Docket Number:** 09-00228-001
 **PACTS Number:** 46972

**Name of Sentencing Judicial Officer:** Honorable Kent J. Dawson, United States District Judge (D/NV)

**Name of Assigned Judicial Officer:** Honorable William H. Walls, Sr., United States District Judge (D/NJ)

**Date of Original Sentence:** 06/04/2004

**Original Offense:** Ct. 1- Conspiracy to Posses with Intent to Distribute and to distribute 3,4, methylenedioxymethapmphetamine (MDMA), 21 U.S.C. § 846, § 841(a)(1) and § 841 (b)(1)(C)

Ct. 2-Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1) and § 841 (b)(1)(C)

**Original Sentence:** 97 months imprisonment; 3 years supervised release.

**Date of Amended Sentence:** 07/14/2005

**Amended Sentence:** 70 months imprisonment; 3 year supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 08/07/2007

**Assistant U.S. Attorney:** To be assigned., 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** To be assigned., 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:
Violation Number    Nature of Noncompliance

PROB 12C - Page 2
Guy Madmon

1   The offender has violated the mandatory supervision condition which states 'You shall not commit another federal, state, or local crime.'

On December 7, 2009, Guy Madmon was charged by the Essex County Prosecutor's Office with Conspiracy to Commit Fraudulent Use of a Credit Card. The charge alleges that Madmon was involved in a conspiracy, along with others, including convicted felon, John Paladino. This case is pending in Essex County Superior Court.

2   The offender has violated the standard supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'

Throughout 2009, Guy Madmon associated with John Paladino, who was engaged in criminal activity and has felony convictions. Guy Madmon admitted to the undersigned that he spoke to Paladino, who was under federal supervision at the time, in person and on the telephone on numerous occasions in 2009. Paladino was charged, along with Madmon, in a criminal conspiracy.

3   The offender has violated the standard supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'

On July 10, 2009, July 12, 2009, and November 12, 2009, Guy Madmon had telephone contact with Raphael Toledano, Register#04694082, an inmate at Federal Correctional Institution Otisville.

Raphael Tolendano is listed as a co-conspirator in Madmon's presentence report under the alias, David Tolendanoe.

4   The offender has violated the standard supervision condition which states 'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'

On July 27, 2009, and other occasions during the term of supervision, the undersigned asked Guy Madmon specifically if he had contact with anyone convicted of a felony and he replied, "no." However, phone logs indicated Madmon had contact with inmate Raphael Toledano on July 10, 2009 and July 12, 2009. In addition, Madmon had contact with John Paladino, a convicted felon.

PROB 12C - Page 3
Guy Madmon

I declare under penalty of perjury that the foregoing is true and correct.

By: Dana Hafner
U.S. Probation Officer
Date: 7/27/10

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ✓ ] The Issuance of a Summons.  Date of Hearing: 14 Sept 2010
[  ] No Action
[  ] Other

Signature of Judicial Officer

16 Aug 2010
Date