UNITED STATES DISTRICT COURT
PROBATION OFFICE
DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING U.S. PROBATION OFFICER

February 17, 2011

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092

Honorable William H. Walls
United States District Court
Martin Luther King, Jr. Federal Building
and United States Courthouse
50 Walnut Street, Room 4046
Newark, NJ 07102

RE: **MADMON, Guy**
Dkt. No. Cr. 09-cr-0228
_Request for Withdrawal of a Violation of Supervised Release_

Dear Judge Walls:

On June 4, 2004, the above captioned offender was sentenced by the Honorable Kent J. Dawson, U.S.D.J. in the District of Nevada to 97 months imprisonment and 3 years supervised release for Conspiracy to Possess with Intent to Distribute MDMA and Possession with Intent to Distribute a Controlled Substance. On July 14, 2005, this sentence was reduced to 70 months imprisonment to be followed by 3 years supervised release. The special conditions of supervision include drug testing/treatment, search/seizure, and $200 special assessment. He has been supervised in the District of New Jersey since his release from custody on August 7, 2007 and a transfer of jurisdiction was completed on March 30, 2009.

The purpose of this letter is to request that the Violation of Supervised Release submitted to Your Honor be withdrawn. The basis for the violation was a new charge of Conspiracy to Commit Credit Card Fraud and association with convicted felons. The Essex County Prosecutor's Office has administratively dismissed the charge against the defendant due to lack of evidence. Therefore, it will be difficult for Probation pursue this violation. While Probation acknowledges that the defendant admitted to having contact with a convicted felon while on supervision, he did complete a three year term of supervised release with relative compliance. It is the recommendation of Probation that this violation be withdrawn. Please indicate below if Your Honor concurs with Probation's recommendation.

As always, we will make ourselves available should the Court wish to discuss this matter.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Dana Hafner
U.S. Probation Officer

/dh

Page 2
February 17, 2011

*********************************************************************************************
THE COURT ORDERS:

[ ✓ ] Violation of Supervised Release Summons signed on September 14, 2010 is withdrawn.

[   ] Violation of Supervised Release Summons signed on September 14, 2010 is not withdrawn.
    Date of Hearing: _____

_____
Signature of Judicial Official

17 March 2011
Date